**Exhibit A to the Complaint**

**Location:** Gainesville, VA  
**Total Works Infringed:** 32  
**IP Address:** 108.48.79.253  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12/27/2020 20:39:49 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 2 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 12/27/2020 20:31:39 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 3 | Info Hash: D9E6C89D800F198B3963C0129111D296C3830B1B<br>File Hash: 1FB697D7471A2E39B8C66FE7BEAA6AC696275A30A51A1843749723A4238E2D03 | 12/22/2020 23:09:21 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 4 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12/12/2020 19:39:25 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 5 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11/28/2020 20:13:07 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 6 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/14/2020 21:33:50 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 7 | Info Hash: BA0E526E5CCC91425A2C6DEDF08EC40DED568F53<br>File Hash: 1F372438CF696028F9675F725B6E6901C6A9E5DC5F924EDD8269EAB565A62727 | 09/06/2020 23:45:12 | Tushy | 09/06/2020 | 09/22/2020 | PA0002265873 |
| 8 | Info Hash: 23648BD528749746833C92AC6B9DE5F1D67F2BD5<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 08/30/2020 22:40:18 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08/17/2020 23:51:50 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 10 | Info Hash: 22922DE334FFC4B066213705F7F36E719FA0E1C0<br>File Hash: 5664CE14845A9E74E3CDCF3DD9D1C640C3F32E509F054492FC73468983737648 | 08/09/2020 18:56:33 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 11 | Info Hash: E295E17EABA72BC5E641123886926E57391DEB0E<br>File Hash: 25C30DB28A0AB5499B8B8AFA00FFAA3333ADA3D2EE835C39E836E39EC5E3C73E | 08/02/2020 22:39:49 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 12 | Info Hash: 5884C9F89D6EFD58A0082DCDEDAEE5349F6B91DE<br>File Hash: 8DD85857924EF5961549894FD4F9A4BC5D33DB592DA555A044FC484D76204F8A | 07/21/2020 22:14:20 | Tushy | 07/19/2020 | 08/03/2020 | PA0002259103 |
| 13 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 06/23/2020 20:09:20 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 14 | Info Hash: 4218B961D29C31239ED69A0F7FA40164D32E4289<br>File Hash: 2B06F52E0DDA0AA7FC3F5B6E253187C6D4EA477085C000A74A4600ECEC814AE2 | 05/26/2020 20:11:13 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 15 | Info Hash: 7FE7F6CFC377353562304DDEC0057C18FD215C89<br>File Hash: 6850612C9835C65E4BB13921F5946880F9074D34EEF7E1916FA94B1BC1F53C27 | 05/11/2020 21:04:44 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 16 | Info Hash: 559E967BC3BAD27B50785D7F8B772C6314B9C28F<br>File Hash: ECE049193F2278DA085FC144684779B6C29B7159C8F8D7FCFA282CD0DEEA33E3 | 04/19/2020 21:11:59 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 17 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04/18/2020 20:11:26 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/13/2020 00:22:06 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 19 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 02/23/2020 09:02:19 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 20 | Info Hash: 519E5753FCA5BEA281DCAEADFE2C313B3171ECCC<br>File Hash: 6B6B8FE99FA76C5387DAE9F96A7D0289282173422BE5C0D24D405080277E9723 | 02/16/2020 00:43:39 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 21 | Info Hash: 6E87B814706368545A7A63DE5F99272C4CD302DF<br>File Hash: F33593A2104E6A752BCA10AE83E95E022C915B2ADE112D98536FCC3C571DCE5C | 02/09/2020 22:57:43 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 22 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash: 66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 02/07/2020 20:48:54 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 23 | Info Hash: 62FC15B9E3ED07ED8B820E9D1C9BA6294BC9BDFF<br>File Hash: 76D8429F538EB3356D156D4F8BAB5440A08EAD0497F8498124384468A7E2E982 | 02/02/2020 00:16:02 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 24 | Info Hash: 2660D97EEDD9B4BFD6281A8343C63CA1EB41A45A<br>File Hash: 1E485D92370F0A47A260B4411DF0A610D35D414CC2C33B46D1DC8C4046FEC5EB | 01/22/2020 23:25:29 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 25 | Info Hash: 8F83F6344A0A539C95C426D9DF3CEDA524D26BA6<br>File Hash: 4CA8122218B2A93939DD20A2FE03EFE5C07FBA56D9E990E32C8BD213E7F58AE0 | 01/19/2020 00:07:05 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 26 | Info Hash: 71DC4A46E0BB056C83BEE9F08FD9D9C89D21E863<br>File Hash: ECA9DED006381EED7FBA7DC09F50797E0453207D80104BCA9990D9F5D71D202B | 01/02/2020 22:04:20 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4E619FC85F415B63DBE01082D31400B3D103724E<br>File Hash: 75D67EDFC244E9265F9DD99F4EEF610852154F36D4037872EEB60091EA75F180 | 12/31/2019 18:39:01 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 28 | Info Hash: 2A03B74B0623C4DC5C2A345CA6942396B4E80DBA<br>File Hash: 28D715B697DDB1C089DA2343D01306F2C2B9365A8A89E422E1E0232F462B7235 | 12/27/2019 21:40:59 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 29 | Info Hash: F69E5AE7861DBA090012A952FE1EEA9F4E756A6B<br>File Hash: 7F6D6439F2B827C2392C979E36AA39D8E94FA79B1A5AFD9FF62DF46C15B6BEB3 | 12/23/2019 02:26:34 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 30 | Info Hash: 383A4EA90E9A7D6495CC77BEBD1EB12915494309<br>File Hash: E2A478830E64E95BA33CA74BC6762410DB6B910B61013CD04C8C84D95356931E | 12/10/2019 00:09:26 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 31 | Info Hash: 5946F793B34679921C5677CD95B13E859BD59C80<br>File Hash: DFEC47EBE8A82BFFC43EC7B6A6417D96AEBE237063F74D527926996C3202E3B4 | 12/02/2019 23:56:59 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 32 | Info Hash: FC438B74A9693BB8EBE799B446A1322D74B0EE31<br>File Hash: 0E9425AED4AEC18845A3AEF6203699C8529B8F237C21490741A5E280FA2DAAF9 | 12/01/2019 20:48:40 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |